# United States District Court

DISTRICT OF _____

RECEIVED MAIL ROOM DEC 13 2006 U.S. DISTRICT COURT E. DIST. OF ARKANSAS

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS DEC 13 2006 JAMES W. McCORMACK By: _____ DEP CLERK

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 5:06CV00326 WRW/PWC

I, **Jimmy Earl Deason**, declare that I am the (check appropriate box

[✓] petitioner/plaintiff/movant  [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or cost under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  [✓] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration **ADC Cummings Unit 4 SMB**

   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [✓] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   **N/A**

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **Past part time — fixing rain gutters — JU manufacturing — Springdale — 1986**

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [✓] No
   b. Rent payments, interest or dividends            [ ] Yes   [✓] No
   c. Pensions, annuities or life insurance payments  [ ] Yes   [✓] No
   d. Disability or workers compensation payments     [ ] Yes   [✓] No
   e. Gifts or inheritances                           [✓] Yes   [ ] No
   f. Any other sources                               [✓] Yes   [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.
   **I get $15.00 weekly from stepmother — Norma Deason — Rogers, AR**   4/25/06

AO 240 (7/94)

4. Do you have any cash or checking or savings accounts?  ☑ Yes   ☐ No

   If "Yes" state the total amount. Pen Stark bA NPC $30.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☑ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

11-20-06                    Jimmy Dean
DATE                        SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 96.08 on account to his/her credit at (name of institution) Cummins . I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ 146.10 . I further certify that during the past six months the applicant's average monthly deposit was $ 80.00

11/29/06                    Ruth McCone
DATE                        SIGNATURE OF AUTHORIZED OFFICER