**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 13 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 5:06CV00326 WRW/JWC

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Jimmy Earl Deason
ADC # 96839
Address: Box 500 Grady, Arkansas 71644

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Wilson
and to Magistrate Judge Cavaneau

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Ark. Dept. of Corrections
Position: Prison defense
Place of employment: _____
Address: P.O Box 8707 Pine Bluff AR 71601

Name of defendant: Officer Braggson
Position: Officer at SPU Pine Bluff
Place of employment: Ark. Dept. of Corrections SPU Diagnostic Unit

Address: Pine Bluff, Ark 7500 Correction Circle

Name of defendant: Officer Brown

Position: Officer at Rugister SPU

Place of employment: ADC - Dept or Corrections

Address: 7500 Correction circle Pine Bluff AR

Name of defendant: Officer Parker

Position: Officer at SPU - Rugister

Place of employment: Ark Dept of Corrections

Address: 7500 Correction Circle Pine Bluff AR

II. Are you suing the defendants in:

- ☑ official capacity only
- ☐ personal capacity only
- ☐ both official and personal capacity

III. Previous lawsuits

 A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ___  No ✓

 B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   ☐ Parties to the previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2

    ☐    Court (if federal court, name the district; if state court, name the county):

    _____

    ☐    Docket Number: __N/A_____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV.  Place of present confinement: __Cummings Unit - Cummins Ark. Sms, Box 500__

V.  At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.  The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.  Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ___

B.  Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?  __YES - Warden Lowe referred to Internal Affairs, photographed__

Yes ✓ No ___

If not, why? Resolutions, Grievances and my Warden Lowe to Internal Affairs photographed bruises

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was dragged by handcuffs into the showers at SPU O-wing by Grayson, Brown, and Parker, also began kicking me, they used fists and boots, — "100 times" I was beaten twice in the showers. They were obviously drunk and really "wanted" to be fired, other officers "said". I am suing for excessive force and beating on me. I had black bruises photographed with dark bruises "all over" my body — I already had broken ribs from force shots that I do not need. I want force shots discontinued. The beating was brutal, I sue now for one million dollars —

4