RECEIVED
MAIL ROOM

JAN 11 2007

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

Plaintiff's Response to Court's Order
5:06CV00326 WRW

United States District Court

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 11 2007
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

Greetings,

You informed me I'll have to pay the whole $350.00 after your bullys beat on me in the shower. Let me add to that, Beryl Jones ruled in my favor several years ago, telling me to refile, that I won, really won. That was $100,000.00. Now I get beat up and you tell me $350.00! I simply do not have that! My old stepmother sends $75.00 a week, that is not for you. Go to hell! I pray in Jesus name for your people to suffer, like me. 14 years perfect record on a id, a 40 to parole by 14 years. A lie!!!!!! Well, we can see the parole board did not parole me. Been 17 years & no way to even hope anytime. I'm sorry lord Jesus, but I pray that these animals burn in hell! All of this game is wrong. I did excellently for all these years. It's wrong that Beryl Jones told me to refile, I wonder if the statute of limitations is out on that suit. It was over denials of medications. Like I said go to hell! I cannot sue because the money is too much. You'll pay! I will only magnify your injustices in the mail.

Jimmy Rose #086839
Box 500   4 Bks SMS
Grady, Arkansas
71644