IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY EARL DEASON                                                                                    PLAINTIFF
ADC #96839

V.                                              5:06CV00326-WRW

ARKANSAS DEPARTMENT                                                                         DEFENDANTS
OF CORRECTION, et al

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint in its entirety, without prejudice. Any pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations and any judgment entered hereunder would not be taken in good faith. Additionally, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 6th day of February, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE