IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY EARL DEASON                                                                     PLAINTIFF
ADC #96839

V.                                          5:06CV00326-WRW

ARKANSAS DEPARTMENT                                                              DEFENDANTS
OF CORRECTION, et al

## JUDGMENT

In accordance with the Court's order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 6th day of February, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE